30385. Atlantic Coast Line R. Co. v. Dickson, next friend.

Sutton, P. J. This case is controlled by *Atlantic Coast Line R. Co.* v. *Dickson,* ante. The court did not err in overruling the defendant's demurrer. *Judgment affirmed. Felton and Parker, JJ., concur.*

Decided February 4, 1944.